**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ANTHONY HAMMOND MURPHY,

    Plaintiff,
    v.                                                       Case No. 1:22-cv-192

Lo & Sons, Inc.,

    Defendant.

## **NOTICE OF CONCLUSION OF ACTION IN PRINCIPLE**

The Parties to the above-captioned case hereby notify the Court that they have agreed in principle on the conclusion of the case, the Parties are finalizing the conclusion of the action, and the Parties respectfully request the Court suspend all deadlines, conference, and other activity in the case, subject to the filing of a voluntary dismissal with prejudice within the next 30 days.

Dated: October 6, 2022                          Respectfully submitted,

                                                   By: _/s/Lawrence H. Fisher_
                                                   Lawrence H. Fisher
                                                   One Oxford Center
                                                   301 Grant Street, Suite 270
                                                   Pittsburgh, PA 15219
                                                   Phone:  (412) 577-4040
                                                   lawfirst@lawrencefisher.com

                                                   *Counsel for Plaintiff*